189 So. 923

### William E. RAY v. STATE.
### 6 Div. 422.

Court of Appeals of Alabama:
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Appeal dismissed.

RICE, Judge.
Affirmed.

179 So. 926

### W. E. REESE v. STATE.
### 8 Div. 560.

Court of Appeals of Alabama.
Feb. 22, 1938.

A. A. Carmichael, Atty. Gen., and Clarence M. Small, Asst. Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

188 So. 925

### L. D. REEVES, alias Reese, v. STATE.
### 4 Div. 513.

Court of Appeals of Alabama.
April 4, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

189 So. 923

### Leroy REYNOLDS v. STATE.
### 6 Div. 432.

Court of Appeals of Alabama.
May 2, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

188 So. 925

### Cleveland RICHARDSON v. STATE.
### 1 Div. 336.

Court of Appeals of Alabama.
April 11, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.